So then where did the the the the the the the the the the d he the he the of  of the X